UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x
VERIZON NEW YORK INC., et al.

                Plaintiffs,

-against-

GLOBAL NAPS, INC., et al.,

                Defendants.
---------------------------------------------------------x

**ORDER**
Case No. 03-CV-5073 (FB)

*Appearances:*
*For the Plaintiffs:*
RICHARD H. DOLAN, ESQ.
JOHN J.D. McFERRIN-CLANCY, ESQ.
JEFFREY M. EILENDER, ESQ.
Schlam Stone & Dolan LLP
26 Broadway
New York, New York 10004

*For the Defendants:*
WILLIAM J. ROONEY, JR., ESQ.
JEFFREY C. MELICK, ESQ.
Global NAPS, Inc.
89 Access Road, Suite B
Norwood, Massachusetts 02062

**BLOCK, District Judge:**

      Counsel for plaintiffs shall file with the Court within ten (10) days of the date of this Order the following documents, both of which were referenced in Attachment 2 to counsel's letter to the Court dated August 3, 2005:

      1.      One complete copy of the "Rhode Island Agreement," and

      2.      One complete copy of the "New York Agreement."

**SO ORDERED.**

                                            FREDERIC BLOCK
                                            United States District Judge

Brooklyn, New York
October 21, 2005